IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| POSIGEN, PBC, *et al.*,[1] | Case No. 25-90787 (CML) |
| Debtors. | (Jointly Administered) |
| ROOFTOP SOLAR I, LLC, <br> ROOFTOP SOLAR II, LLC, <br> ROOFTOP SOLAR III, LLC, <br> ROOFTOP SOLAR IV, LLC, <br> ROOFTOP SOLAR V, LLC, <br> POSIGEN MARENGO PROJECT COMPANY, LLC, <br> POSIGEN OWNER, LLC | **Adv. Pro. No.  25-03845** |
| Plaintiffs, |  |
| v. |  |
| POSIGEN, PBC, <br> POSIGEN, LLC, <br> POSIGEN OPERATIONS, LLC, <br> POSIGEN DEVELOPER, LLC, <br> POSIGEN PROVIDER, LLC, <br> POSIGEN HOLDINGS, LLC, <br> POSIGEN RAMPART HOLDCO, LLC, <br> POSIGEN RAMPART, LLC, <br> POSIGEN OWNER 2, LLC, <br> POSIGEN OWNER 3, LLC |  |
| Defendants. |  |

**STIPULATED AGREED EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

---

[1] The last four digits of PosiGen, PBC's tax identification number are 9706.  A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/PosiGen.  The Debtors' service address in these chapter 11 cases is 1000 Elmwood Park Boulevard, Suite A, Harahan, LA 70123.

**WHEREAS** on December 8, 2025, Rooftop Solar I, LLC, Rooftop Solar II, LLC, Rooftop Solar III, LLC, Rooftop Solar IV, LLC, Rooftop Solar V, LLC, PosiGen Marengo Project Company, LLC, and PosiGen Owner, LLC (together the "**Plaintiffs**") filed a complaint [Adv. D.I. 1] (the "**Complaint**") commencing an adversary proceeding (the "**Adversary Proceeding**") against the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" and, together with the Plaintiffs, the "**Parties**").

**WHEREAS** the Debtors' response to the Complaint was originally due on or before January 12, 2026.

**WHEREAS** pursuant to the *Stipulated Agreed Extension of Time to File Responsive Pleadings* [Adv. D.I. 4] the Debtors' deadline to respond to the Complaint was extended through and including January 26, 2026.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the deadline for the Debtors to respond to the Complaint has been extended through and including February 9, 2026.

[*Remainder of Page Intentionally Left Blank*]

**IT IS SO STIPULATED:**

January 21, 2026
Houston, Texas

*/s/ Charles R. Koster*
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Email: charles.koster@whitecase.com

- and -

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700

Email: aaron.colodny@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Michael C. Shepherd (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
Andrea Kropp (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
mshepherd@whitecase.com
fhe@whitecase.com
andrea.kropp@whitecase.com

- and -

**WHITE & CASE LLP**
Andrea Amulic (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: andrea.amulic@whitecase.com

*Proposed Counsel to the Debtors and Debtors in Possession*

/s/ *Gabriel A. Morgan*
**WEIL, GOTSHAL & MANGES LLP**
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com
clifford.carlson@weil.com

-and-

**WEIL, GOTSHAL & MANGES LLP**
Jeffrey Saferstein (admitted *pro hac vice*)
David Griffiths (admitted *pro hac vice*)
Jessica Falk (admitted *pro hac vice*)
Michael Creme (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: jeffrey.saferstein@weil.com
david.griffiths@weil.com
jessica.falk@weil.com
michael.creme@weil.com

*Attorneys for PosiGen Backleverage, LLC,*
*Rooftop Solar I, LLC, Rooftop Solar II, LLC,*
*Rooftop Solar III, LLC, Rooftop Solar IV, LLC,*
*Rooftop Solar V, LLC, PosiGen Marengo Project Company, LLC,*
*and PosiGen Owner LLC*

**Certificate of Service**

      I certify that on January 21, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Charles R. Koster*
                                                Charles R. Koster